# LURIE STRUPINSKY LLP

15 Warren Street, Suite 36
Hackensack, New Jersey 07601

1 Liberty Plaza, 23rd Floor
c/o Michael J.S. Pontone, Esq
New York, New York 10006

Phone *201-518-9999*
Fax *201-479-9955*
Email *info@luriestrupinsky.com*

**Joshua M. Lurie, Esq.** *(licensed in NY, NJ, VT)*
**Eugene Strupinsky, Esq.** *(licensed in NY)*

**Damian Albergo, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Michael J.S. Pontone, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Paul Hirsch, Esq.** *(of Counsel, Licensed in NY)*

January 27, 2021

**Via ECF**
Hon. Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    <u>Licciardi v. JFK Medical Associates, P.A. *et al.*</u>
               Case No. 2:20-cv-957-CCC-MF

Dear Magistrate Judge Falk,

    I write in advance of the conference with the Court scheduled for 3PM this afternoon.

    The Parties have come to a final settlement agreement as to all issues in this matter. However, due to certain legal requirements, we will request that the Court dismiss the FLSA claims therein on mutual agreement in advance and, if the Court agrees, the parties can sign and file a stipulation of dismissal with prejudice as to all other remaining matters shortly.

                                    Respectfully submitted,

                                    Joshua M. Lurie, Esq.

JML:me

cc:    All Counsel (via ECF)
        Client (via electronic mail, under separate cover)