Michael A. Cifelli, Esq.
NJ Attorney ID 046981993
John S. Favate, Esq.
NJ Attorney ID 022791985
HARDIN, KUNDLA, MCKEON & POLETTO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
673 MORRIS AVENUE
SPRINGFIELD, NEW JERSEY 07081
(973) 912-5222

Attorneys for Defendants, Paul Blum, M.D. and Thermiva Care of NJ, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLEXIS LICCIARDI, | Civil Case No. 2:20-cv-00957 |
| Plaintiff, | Civil Action |
| vs. | |
| JFK MEDICAL ASSOCIATES, P.A., PRIMECARE MEDICAL GROUP, P.A., PAUL BLUM, M.D., THERMIVA CARE OF NJ, LLC, BHUDEV SHARMA, M.D., JOHN AN DJANE DOES 1-20;, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

This matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby

stipulated and agreed that the same be and is hereby dismissed, **with prejudice**, as to all Counts and causes of action in the Complaint as to all Defendants, without costs or fees.

LURIE STRUPINSKY
Attorney for Plaintiff,
ALlexis Licciardi

By: <u>Joshua M. Lurie/s</u>
　　Joshua M. Lurie, Esq.

HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
Attorneys for Defendants, Paul Blum, M.D. and Thermiva Care of NJ, LLC

By: <u>Michael A. Cifelli/s</u>
　　Michael A. Cifelli, Esq.

GORDON & REES SCULLY MANSUKHANI LLP
Attorney for Defendants, JFK Medical Associates, P.A., Primecare Medical Group, P.A., and Bhudev Sharma, M.D.

By: <u>Elizabeth Lorell/s</u>
　　Elizabeth Lorell, Esq.